UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADRIAN ALVAREZ, et al., | |
| Plaintiffs, | CIVIL ACTION FILE NO. |
| v. | 1:16-CV-1216-TWT |
| ARTISTIC CONCRETE OF GEORGIA, INC., et al., | |
| Defendants. | |

## DEFAULT JUDGMENT

A default having been entered against the defendant on January 4, 2017, and the plaintiffs having requested entry of default judgment against the defaulted defendants and having filed a proper affidavit in accordance with Rule 55 of the Federal Rules of Civil Procedure,

**JUDGMENT IS HEREBY ENTERED** in favor of the plaintiffs PEDRO SANCHEZ, GONZALO ISLAS, and VICENTE CISNEROS against the defendants ARTISTIC CONCRETE OF GEORGIA, INC. and JOE HALL in the amount of $24,265.41 plus interest and attorney fees.

Dated at Atlanta, Georgia this 6th day of January, 2017.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

By:   s/Jennifer Lee
        Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office

  January 6, 2017
 James N. Hatten
Clerk of Court

By:    s/Jennifer Lee
          Deputy Clerk