UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADRIAN ALVAREZ, SR., ADRIAN ALVAREZ, JR., and DOMINGO ALVAREZ<br><br>Plaintiffs,<br><br>vs.<br><br>ARTISTIC CONCRETE OF GEORGIA, INC., and JOE HALL,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-1216-TWT |

## DEFAULT JUDGMENT

The defendant(s) ARTISTIC CONCRETE OF GEORGIA, INC., and JOE HALL, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Thomas W. Thrash, Jr., Chief United States District Judge, by order of June 7, 2017, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiffs ADRIAN ALVAREZ, SR., ADRIAN ALVAREZ, JR., and DOMINGO ALVAREZ recover from the defendant(s) ARTISTIC CONCRETE OF GEORGIA, INC., and JOE HALL, the amount of $12,426.00, plus interest and attorney's fees.

Dated at Atlanta, Georgia this 7th day of June, 2017.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ Bao Tran Le
         Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   June 7, 2017
James N. Hatten
Clerk of Court

By:   s/ Bao Tran Le
         Deputy Clerk