IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALEXIS FIERRO and JOSE PEREZ
ROBLES

      Plaintiff(s)

v.

ARTISTIC CONCRETE OF
GEORGIA, INC. and JOE AHLL

      Defendant(s)

CIVIL ACTION NO.
1:16cv1216-TWT

O R D E R

On April 15, 2016 the Complaint was filed and numerous default judgments have been granted for other plaintiffs.  As of this date, this action as to these above named plaintiffs has been pending for more than six months without any substantial proceedings of record having been taken,

IT IS THEREFORE ORDERED that the above complaint is hereby DISMISSED pursuant to Local Rule 41.3 A (3).

SO ORDERED this 20th   day of December, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE