UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEXIS FIERRO and JOSE PEREZ ROBLES,<br><br>       Plaintiffs,<br><br>vs.<br><br>ARTISTIC CONCRETE OF GEORGIA, INC. and JOE AHLL,<br><br>       Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-1216-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge on this Court's Order of December 20, 2017, it is

**Ordered and Adjudged** that this action be **DISMISSED** pursuant to Local Rule 41.A(3).

Dated at Atlanta, Georgia, this 20th day of December, 2017.

                                                              JAMES N. HATTEN
                                                              CLERK OF COURT

                                                       By:    s/ Brittney Walker
                                                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 20, 2017
James N. Hatten
Clerk of Court

By: s/ Brittney Walker
       Deputy Clerk